

**FILED**

MAY 08 2024

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DMITRI ZANTHONY WILLIAMS,<br><br>Defendant. | Case No. 24 CR - 150 GKF<br><br>INFORMATION<br>[COUNT ONE: 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) – Possession of Fentanyl with Intent to Distribute;<br>COUNT TWO: 18 U.S.C. §§ 933(a)(1), 933(a)(3), and 933(b) – Attempted Firearms Trafficking;<br>Forfeiture Allegation: 18 U.S.C. §§ 924(d)(1) and 981(a)(1)(c) and 28 U.S.C. § 2461(c) – Firearms Forfeiture] |

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT ONE</u>
[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)]

On or about August 10, 2023, in the Northern District of Oklahoma, the defendant, **DMITRI ZANTHONY WILLIAMS**, knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[ 1-( 2-phenylethyl )-4-piperidinyl ] propenamide (Fentanyl), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TWO
### [18 U.S.C. §§ 933(a)(1), 933(a)(3), and 933(b)]

In or about August 2023, in the Northern District of Oklahoma, the defendant, **DMITRI ZANTHONY WILLIAMS**, attempted to ship, transport, transfer, cause to be transported, and otherwise dispose of the following firearms in and otherwise affecting interstate and foreign commerce to a person known to the United States Attorney:

1. A Romanian Arms, Model ROA 22, 7.62X39 Mini Draco, serial number PMB3843;
2. A Glock, Model 48, 9mm Handgun, serial number BWWA748;
3. A Smith and Wesson, Model MP92.0, 9mm Handgun, serial number NCE9157;
4. A Glock, Polymer Style, 9mm Handgun, serial number unknown;
5. An Omega, Model P1, 5.56mm Rifle, serial number EP00130;
6. A Mossberg, Model 800, 12 Gauge Shotgun, serial number H362784;
7. A Mossberg, Model Maverick/8BLK, 12 Gauge Shotgun, serial number MV11455H;
8. A Glock, Model 17, 9mm SBR Machine Gun, serial number ABFL820;
9. An SKS, 7.62X39 caliber Rifle, serial number A0070;
10. A Remington, Model 700, 30-06 Caliber Rifle, serial number RAR017676; and
11. A Remington, Model 870, 12 Gauge Shotgun, serial number 157574V,

knowing and having reasonable cause to believe that the use, carrying, and possession of the firearms by this person would constitute a felony.

All in violation of Title 18, United States Code, Sections 933(a)(1), 933(a)(3), and 933(b).

## FORFEITURE ALLEGATION
## [18 U.S.C. §§ 924(d)(1) and 981(a)(1)(c) and 28 U.S.C. § 2461(c)]

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1), Title 18, United States Code, Section 981(a)(1)(c), and Title 28, United States Code, Section 2461(c).

Upon conviction of the offenses alleged in this Indictment, as a part of his sentence, the defendant, **DMITRI ZANTHONY WILLIAMS**, shall forfeit to the United States any property constituting, or derived from, or traceable to, the proceeds obtained, directly or indirectly, as a result of such violations, any firearm and ammunition involved in or used in the knowing commission of such offenses, and any property, real or personal, that was used or intended to be used to commit or to facilitate the violation of federal law. The property to be forfeited includes, but is not limited to:

**FIREARMS AND AMMUNITION**

1. A Romanian Arms, Model ROA 22, 7.62X39 Mini Draco, serial number PMB3843;
2. A Glock, Model 48, 9mm Handgun, serial number BWWA748;
3. A Smith and Wesson, Model MP92.0, 9mm Handgun, serial number NCE9157;
4. A Glock, Polymer Style, 9mm Handgun, serial number unknown;
5. An Omega, Model P1, 5.56mm Rifle, serial number EP00130;
6. A Mossberg, Model 800, 12 Gauge Shotgun, serial number H362784;

7. A Mossberg, Model Maverick/8BLK, 12 Gauge Shotgun, serial number MV11455H;

8. A Glock, Model 17, 9mm SBR Machine Gun, serial number ABFL820;

9. An SKS, 7.62X39 caliber Rifle, serial number A0070;

10. A Remington, Model 700, 30-06 Caliber Rifle, serial number RAR017676;

11. A Remington, Model 870, 12 Gauge Shotgun, serial number 157574V; and

12. Any ammunition or magazines not specified.

All pursuant to Title 18, United States Code, Section 924(d)(1), Title 18, United States Code, Section 981(a)(1)(c), and Title 28, United States Code, Section 2461(c).

CLINTON J. JOHNSON
United States Attorney

_____
ADAM C. BAILEY
Assistant United States Attorney